**Order entered June 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01368-CR

**DERIC BERNARD MCLAURINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F14-71400-Y**

## ORDER

Before the Court is appellant's June 4, 2018 request for a copy of the record in order to file a pro se response to counsel's *Anders* brief. Appellant's request is **GRANTED** to the extent we **ORDER** counsel Lawrence B. Mitchell to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **August 7, 2018**. If appellant does not file a pro se response by August 7, 2018, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Lawrence B. Mitchell and to counsel for the State.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Deric Bernard McLaurine, TDCJ No. 2072765, Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351.

/s/  LANA MYERS
    JUSTICE